**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7004**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ROBERT AUGUSTINE D'ANJOU,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-91-86-MU-C, CA-96-38-3-1-MU)

---

Submitted: November 4, 1999          Decided: November 10, 1999

---

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert Augustine D'Anjou, Appellant Pro Se. Frank DeArmon Whitney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert D'Anjou seeks to appeal the district court's order denying his "Motion of notice seeking leave to correct error and file proper proceedings under 28 U.S.P. [sic] § 2255." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. D'Anjou, Nos. CR-91-86-MU-C; CA-96-38-3-1-MU (W.D.N.C. July 2, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on July 1, 1999, the district court's records show that it was entered on the docket sheet on July 2, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).